

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00126-CV

| | | |
|---|---|---|
| KENNETH C. HANCOCK, M.D., NOELLE CLOVEN, M.D., AND TEXAS ONCOLOGY, P.A., Appellants | § § | On Appeal from the 67th District Court |
| v. | § | of Tarrant County (067-297450-18) |
| ARTHUR ROSSE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CAROL ROSSE, JERALD ROSSE, INDIVIDUALLY, JOELLYN MIMS, INDIVIDUALLY, DEANNA CHRONISTER, INDIVIDUALLY, BRENDA BACA, INDIVIDUALLY AND BRADLEY ROSSE, INDIVIDUALLY, Appellees | § § | January 30, 2020 Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed and we remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellants Kenneth C. Hancock, M.D., Noelle Cloven, M.D., and Texas Oncology, P.A. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth          
       Chief Justice Bonnie Sudderth